■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE STANLEY, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original record and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL DOLD, Appellant.— Motion to appeal on original record denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SESSION, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on handprinted papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ULYSSES T. DOTSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK JAMES, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original record and typed briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN BERRY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten or typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS FREDERICK, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original record and for other relief denied on the ground that the papers fail to show merit to the appeal.

## (September 22, 1958)

■ CLARE TATTA, Respondent, v. VINCENT TATTA, Appellant.— Order insofar as appealed from affirmed, without costs of this appeal to either party. All concur. (Appeal from parts of an order of Erie Special Term denying a motion by defendant for a permanent reduction or elimination of, or for a temporary suspension or reduction of payments of alimony.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.